**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Demetrice Sanders, Jr.,

Plaintiff,

v.

Metro Transit, *(Met Council) Administration HG*; and Moses Perry Thomas,

Defendant.

Civ. No. 26-3651 (JWB/DTS)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") in this matter on October 1, 2026. (Doc. No. 5.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The October 1, 2026 Report and Recommendation (Doc. No. 5) is **ACCEPTED**.

2. The claims in Plaintiff Demetrice Sanders, Jr.'s Complaint (Doc. No. 1) asserted under the Occupational Safety and Health Act and the Federal Tort Claims Act are **DISMISSED WITH PREJUDICE**.

3. The claims asserted under 42 U.S.C. § 1983 against Defendant Metro Transit and against Defendant Moses Perry Thomas, in his individual and official capacities, are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. 1915(e)(2)(B).

4. Any Minnesota law claim in the Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1367(c)(3).

5. Sanders's Application to Proceed *In Forma Pauperis* (Doc. No. 2), is **DENIED AS MOOT**.

6. Sanders must pay the unpaid remainder of this action's $350.00 statutory filing fee (specifically, $318.58) in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is directed to provide notice of this requirement to authorities at the institution where Sanders is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: November 19, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge